CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 16 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| QUENTIN MCLEAN, | ) | CASE NO. 7:17CV00054 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| JOHN DOE, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(g), and this action is stricken from the active docket of the court.

**ENTER:** This 16th day of February, 2017.

_____
Chief United States District Judge